```
                                              FILED
                                               Clerk
                                           District Court

                                           AUG 2 7 2009

                                       For The Northern Mariana Islands
                                       By_____
                                               (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN K. BALDWIN, ) | Civil Action No. 09-0033 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER SEALING EXHIBITS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant ) | |

IT IS ORDERED that the exhibits to plaintiff's complaint be and hereby are sealed, pending further order of the court. The exhibits will not be unsealed without due notice to the parties.

DATED this 27th day of August, 2009.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)